**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINA F. PONDS, an individual, | Case No.: CV 15-8693-DMG (JPRx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE [28]** |
| NATIONSTAR MORTGAGE, LLC, a business entity form unknown; and DOES 1-100, inclusive, | |
| Defendants. | |

In accordance with the parties' stipulation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action is DISMISSED in its entirety without prejudice. All scheduled dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: August 4, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE